**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAFEEQ AHMED** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  20-3327** |
| | : | |
| **WEST COAST SERVICING INC.,** *et al.* | : | |

## ORDER

    **AND NOW**, this 7th day of December 2020, following today's initial pretrial conference, it is **ORDERED** a party's disclosure in this litigation of a communication or information covered by the attorney-client privilege or entitled to work-product protection does not constitute a waiver of such privilege or protection either in this litigation or in any other federal or state proceeding under Federal Rule of Evidence 502(d).

KEARNEY, J.