# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFEEQ AHMED | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-3327 |
| | : | |
| WEST COAST SERVICING INC., *et al.* | : | |

# ORDER

**AND NOW**, this 24th day of May 2021, upon considering Defendants' Motions for summary judgment (ECF Doc. Nos. 64, 67), Plaintiff's Oppositions (ECF Doc. Nos. 83, 84), Appendices, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motions (ECF Doc. Nos. 64, 67) are **GRANTED in part** and **DENIED in part**:

1. We **GRANT** the Motions **dismissing** Plaintiff's claims:

    a. under the Pennsylvania Unfair Trade Practices and Consumer Protection Law as there are no genuine issues of material fact based on Plaintiff's admissions and judgment against the Plaintiff on this claim is warranted as a matter of law;

    b. under the Fair Debt Collection Practices Act to the extent Plaintiff claims the failure to offer a reinstatement right when providing the allegedly inaccurate payoff numbers; and,

2. We **DENY** the Motions as to Plaintiff's remaining claims under the Fair Debt Collection Practices Act against both Defendants.

_____
**KEARNEY, J.**